**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

SATISH DAT BEAST,                              )
                                               )
        Plaintiff,                         )
                                               )
    v.                                        )        Case No. 1:26-cv-00152-SNLJ
                                               )
SABRINA CARPENTER, *et al.*,                   )
                                               )
        Defendants.                        )

## <u>MEMORANDUM AND ORDER</u>

Self-represented Plaintiff Ronald Satish Emrit (also known as Satish Dat Beast, Go Go Satish, and Presidential Candidate Number P60005535) brings this civil action against four defendants, seeking $500 billion dollars in damages.  [Doc. 1].  Along with plaintiff's Complaint, he filed a motion for leave to proceed *in forma pauperis*, or without prepayment of the required filing fees and costs.  [Doc. 2].  A few weeks after filing this case, and before the Court had taken any action or made any ruling, plaintiff filed a notice of appeal with the Eighth Circuit Court of Appeals in this matter.  [Doc. 3].

Having reviewed the motion to proceed *in forma pauperis* and the financial information submitted in support, the Court will grant the motion and waive the filing fee.  *See* 28 U.S.C. § 1915(a)(1).  Once the appellate court has ruled on plaintiff's pending notice of appeal, the Court will review plaintiff's pleadings under 28 U.S.C. § 1915, if needed, as required for any plaintiff proceeding *in forma pauperis* in this Court.  *See* 28 U.S.C. § 1915(e)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **GRANTED** and the filing fee is waived.  *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Court shall review this action pursuant to 28 U.S.C. §1915, if needed, once the Eighth Circuit Court has ruled the pending notice of appeal.

Dated this 16th day of July, 2026.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE